UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **Melissa Aguero Ramirez** § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> **Pharr-San Juan-Alamo Independent** § <br> **School District** § <br> *Defendants* § | Civil Action No. 7:24-cv-541 |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant PSJA ISD hereby removes this action from the 332nd District Court of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division, as provided by 28 U.S.C. §§ 1331, 1441, and 1446 based on this Court's federal question jurisdiction.

1. Plaintiff filed her Original Petition in Case No. C-5476-24-F in the 332nd District Court of Hidalgo County on November 22, 2024. Removal is proper because in that petition, Plaintiff alleged (in paragraphs 5.1–5.4) that she is seeking to recover for alleged violations of her rights under the Family and Medical Leave Act of 1993 ("FMLA"), over which this Court has original jurisdiction. *See* 28 U.S.C. §§ 1331, 1441, 1446.

2. Venue is proper in this district because the state court where the suit has been pending is located in this district.

3. Pursuant to 28 U.S.C § 1446(a) and Local Rule 81, Defendant attaches to this Notice all executed process, pleadings, and orders filed in the underlying state court

action (Exhibit 1); the docket sheet (Exhibit 2); an index of the matters being filed (Exhibit 3); and a list of all counsel of record, including addresses, telephone numbers and parties represented (Exhibit 4).

4. Contemporaneously with the filing of this Notice of Removal, Defendant is filing a copy of this Notice of Removal with the clerk of the state court in which the action has been pending.

5. Contemporaneously with the filing of this Notice of Removal, Defendant is also filing a Civil Action Cover Sheet (Form JS44c) (Exhibit 5).

## PRAYER

Accordingly, Defendant removes this case to the United States District Court for the Southern District of Texas, McAllen Division, and asks this Court to retain jurisdiction over this case. Defendant further prays for all necessary writs to bring before this Court all records and proceedings in the 332nd District Court of Hidalgo County and for such other and further special and general relief to which it may be entitled to receive.

Respectfully submitted,

*/s/ David Campbell*

David Campbell, Attorney-in-Charge
Southern District ID No. 1073749
Texas Bar No. 24057033
*dcampbell@808west.com*
O'HANLON, DEMERATH & CASTILLO
808 West Avenue | Austin, Texas 78701
Tel: (512) 494-9949 | Fax: (512) 494-9919

>Andrea Vela
>Southern District ID No. 3436937
>Texas Bar No. 24113522
>*avela@808west.com*
>O'Hanlon, Demerath & Castillo, PC
>426 W. Caffery | Pharr, TX 78577
>Tel: (956) 318-0555 | Fax: (956) 318-1955
>
>***Counsel for Defendant PSJA ISD***

## CERTIFICATE OF SERVICE

I certify that on December 30, 2024, the following counsel of record was served with the foregoing document via the Court's electronic case filing system:

>John Shergold
>*hodgeshergold@aol.com*
>Hodge & Shergold, LLP
>1805 Ruben Torres Blvd., Suite B30
>Brownsville, Texas 78520
>Phone: (956) 548-9100
>Fax: (956) 548-9102
>
>***Counsel for Plaintiff Melissa Aguero Ramirez***

>*/s/ David Campbell*
>David Campbell